OCT 17 2024 PM 3:42
FILED - USDC - BPT - CT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re: APPLICATION FOR | : | 3:24mj926 (SDV) |
| SEARCH WARRANT | : | |

AFFIDAVIT

I, Michael Memoli, being duly sworn, depose and state as follows:

## I. INTRODUCTION

1. I have been a United States Postal Inspector for the United States Postal Inspection Service since June 2012. I am assigned to the Boston Division, working out of New Haven, Connecticut. I have participated in numerous investigations of complex drug conspiracies and illegal narcotics distribution, in violation of Title 21 U.S.C. §§ 841(a), 844, 846.

2. I am a law enforcement officer of the United States within the meaning of Title 18 U.S.C. § 3061 and am empowered by law to conduct investigations and make arrests for offenses enumerated in Title 21 U.S.C. §841(a)(1), 844, and 846, as well as other federal offenses.

3. I am currently assigned to the USPIS sponsored Narcotics and Bulk Cash Trafficking Task Force (herein after "NBCT-TF"), which includes responsibilities for investigating narcotics and illicit proceeds trafficked via the U.S. Mail, along with assaults and robberies of postal employees and robberies and burglaries of postal facilities. The NBCT-TF currently consists of U.S. Postal Inspectors, detectives from the Hartford, New Britain, Meriden, Plainville, and Groton Police Departments, and a Special Agent from the USPS Office of the Inspector General.

4. Based upon my training and experience, I know that drug trafficking organizations routinely utilize several operational techniques to sustain their illegal enterprise. These

practices are designed and implemented to achieve two paramount goals: first, the successful facilitation of the organization's illegal activities which consist of the importation and distribution of illegal controlled substances and the subsequent repatriation of the proceeds of that illegal activity; and second, minimization of the exposure of organization members, particularly those operating in management roles, from investigation and prosecution by law enforcement.

5. Based on my training and experience in law enforcement, I am familiar with the methods and techniques used by traffickers of illicit narcotics and pharmaceuticals to transport controlled substances via the U.S. Mail and avoid detection by the United States Postal Service ("USPS"). I am aware of the techniques utilized by traffickers in order to avoid detection by law enforcement. I am also aware that packages later discovered to contain controlled substances often use fictitious information as it relates to the sender's or recipient's name, or both, while utilizing a legitimate address. This provides individuals associated with the package the ability to disguise their relation to the package but still permit the package to be delivered to a valid address.

6. The information contained in this affidavit is based on my knowledge and experience, the observations I made during the course of this investigation, information conveyed to me by other law enforcement officers, through interviews of witnesses, and the knowledge and experience of my law enforcement colleagues.

7. Because this affidavit is being submitted for the limited purposes of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe establish a violation of federal law, and that evidence of that crime is presently in the package proposed to be searched.

8. Unless stated otherwise noted:
    a. all communication and other statements of individuals discussed herein are in sum and substance and in pertinent part;
    b. all dates are set forth on or about the approximate date: and
    c. all weights are rounded to the nearest ounce, and/or pound and are approximate.

## II. DESCRIPTION OF THE SUBJECT PARCEL

9. Based on the information contained in this affidavit, there is probable cause to believe, and I do believe, that Priority Mail parcel displaying USPS Tracking Number 9505511005534289518530 addressed to "Patricia Banks, 6402 S. 22nd St., Phoenix, AZ 85042" and bearing a return address of "Jamarr Shipman, 172 Enda Ave., Bpt, CT 06610" the "SUBJECT PARCEL," contains evidence of the unlawful possession of controlled substance.



10. On or about October 15, 2024, the SUBJECT PARCEL was identified by the Drug Enforcement Agency (DEA) and USPIS as likely containing a controlled substance. The suspected mailer, whose name is not "Jamarr Shipman", is currently under investigation for narcotics distribution by the DEA. The SUBJECT PARCEL weighs approximately 4 lbs. and 2 oz and bears $19.30 in postage.

11. A review of Postal databases indicates that the delivery address on the SUBJECT PARCEL, "6440 S. 22nd St, Phoenix, AZ 85042" is a valid address. A check of the USPS and law enforcement databases yielded negative results for "Patricia Banks" being associated with that address.

12. A review of Postal databases indicates that the sender address on the SUBJECT PARCEL, "Jamar Shipman, 172 Enda Ave., Bridgeport, CT 06610" is not a valid address. USPS databases show "172 Edna Ave" is a valid address, however both USPS

3

and law enforcement databases returned negative results for "Jamarr Shipman" being associated with either 172 Enda Ave. or 172 Edna Ave.

13. On October 15, 2024, the SUBJECT PARCEL was examined by K9 Grizz, a trained narcotics detection dog. The SUBJECT PARCEL was placed among other boxes similar in shape and size. Upon examination of the parcels, the K9 handler informed DEA Agents that the canine alerted to the SUBJECT PARCEL. The handler left the area with the canine. The parcel, including the SUBJECT PARCEL, were rearranged in different positions on the floor. The handler and canine were called in again. The K9 handler informed a member from the DEA that the canine alerted to the SUBJECT PARCEL once again.

14. Police Service Dog (PSD) Grizz is a certified narcotic detection K9 on both state (CT Police Work Dog Association) and federal (National Narcotic Dog Detection Association) levels. PSD Grizz completed his Patrol and Narcotic certifications through Superior K9s.

15. Based on the above, there is probable cause to believe, and I do believe, that located within the SUBJECT PARCEL is evidence of a violation of Title 21, United States Code, Sections 841(a)(1), 844, and 846. Because this warrant seeks only permission to examine the SUBJECT PARCEL, which is presently in the custody of the DEA located at 1000 Lafayette Boulevard #404, Bridgeport, CT, 06604, the execution of this warrant does not involve the physical intrusion onto a premise. Consequently, I submit that there is reasonable cause for the Court to authorize execution of the warrant at any time day or night.

### III. CONCLUSION

16. WHEREFORE, I respectfully request that a search warrant be issued to search the SUBJECT PARCEL for evidence of illegal narcotics and narcotics proceeds, and for any and all documents or other materials containing evidence of the participants in, and methods and plans of conducting, the suspected narcotics trafficking.

Michael Memoli
Digitally signed by Michael Memoli
Date: 2024.10.17 11:57:20 -04'00'

Michael Memoli
U.S Postal Inspector

Subscribed and sworn to before me by telephone this __17th__ day of October, 2024.

S. Dave Vatti
Digitally signed by S. Dave Vatti
Date: 2024.10.17 15:17:07 -04'00'

HONORABLE S. DAVE VATTI
UNITED STATES MAGISTRATE JUDGE

## ATTACHMENT A

### Property to Be Searched

Priority Mail parcel displaying USPS Tracking Number 9505511005534289518530 addressed to "Patricia Banks, 6402 S. 22nd St., Phoenix, AZ 85042" and bearing a return address of "Jamarr Shipman, 172 Enda Ave., Bpt, CT 06610" is currently in the custody of the Drug Enforcement Administration located at 1000 Lafayette Boulevard #404., Bridgeport, CT, 06604.





1

## ATTACHMENT B

### Particular Things to be Seized

Evidence, fruits, contraband, and instrumentalities of violations of 21 U.S.C. §§ 841(a), 844, and 846.